IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD EUGENE JAMES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MA,<br><br>　　　　Defendant. | No.  2:24-CV-2193-KJM-DMC-P<br><br><br>ORDER |

   Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion to withdraw a previous motion.  See ECF No. 24.

   Defendant Ma filed a motion to dismiss Plaintiff's first amended complaint on February 7, 2025.  See ECF No. 18.  The Court has not yet ruled on that motion.  Plaintiff filed an opposition on March 3, 2025, and an amended opposition on March 7, 2025.  See ECF Nos. 20 and 22.  By separate order, the Court has granted Plaintiff's motion for an extension of time to file his opposition briefs and has deemed both opposition briefs to be timely filed.  With his amended opposition brief, Plaintiff included a request for summary judgment, which has been docketed as a pending motion.  See ECF No. 22.  On March 17, 2025, Plaintiff filed a notice of change of address.  See ECF No. 24.  Along with that notice, Plaintiff includes a request to withdraw the request for summary judgment included with his March 7, 2025, amended

1  opposition brief.  <u>See</u> <u>id.</u>  Plaintiff's March 17, 2025, filing has also been docketed as a pending
2  motion.
3        Good cause appearing therefor, the Court will grant Plaintiff's request to withdraw
4  the portion of his March 7, 2025, opposition brief requesting summary judgment.  Defendant
5  Ma's fully briefed motion to dismiss will be addressed separately.
6        Accordingly, IT IS HEREBY ORDERED as follows:
7        1.    Plaintiff's motion to withdraw his request for summary judgment, ECF No.
8  24, is granted.
9        2.    The Clerk of the Court is directed to terminate ECF Nos. 22 and 24 as
10 pending motions.

Dated:  August 8, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2