IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD EUGENE JAMES, | No. 2:24-CV-2193-KJM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| MA, | |
| Defendant. | |

        Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court are the following: (1) Plaintiff's motion to amend the complaint to include Defendant's full name, ECF No. 16; and (2) Plaintiff's motion to amend the complaint to assert additional facts, ECF No. 21.

        Plaintiff's request to amend to include Defendant's full name will be denied as unnecessary. The operative complaint sufficiently identified Defendant Ma such that service was effected, and Defendant Ma has appeared in the action.

        Plaintiff request to amend to include additional facts will be denied without prejudice because Plaintiff has not submitted a proposed amended complaint such that the Court is able to evaluate the purported new set of facts to determine whether amendment is appropriate. In this regard, the Court notes that Defendant has filed a motion to dismiss and, in opposition to the pending motion for leave to amend to add new facts, Defendant asserts that amendment would

1 | be futile because Plaintiff's claim is fatally flawed. See ECF No. 25. Should the Court agree,
2 | amendment would indeed be futile. Should the Court disagree and find that leave to amend
3 | appropriate, Plaintiff will have the opportunity to add new facts relating to his claim against
4 | Defendant Ma. Should the Court disagree and find that the operative amended complaint is
5 | sufficient to proceed, further amendment would be unnecessary. Defendant's motion to dismiss
6 | will be addressed separately.

        Accordingly, IT IS HEREBY ORDERED that Plaintiff's motions for leave to amend, ECF Nos. 16 and 21, are denied.

Dated: August 8, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE