1

2

3

4

5

6

7

8                        **IN THE UNITED STATES DISTRICT COURT**

9                        **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   RONALD EUGENE JAMES,                       No.  2:24-CV-2193-KJM-DMC-P

12                      Plaintiff,

13          v.                                    ORDER

14   MA,

15                      Defendant.

16

17          Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18   42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion for an extension of time to file

19   an opposition to Defendant's motion to dismiss.  See ECF No. 19.  Good cause appearing

20   therefor, Plaintiff's motion will be granted.  Plaintiff's opposition briefs filed on March 3, 2025,

21   ECF No. 20, and March 7, 2025, ECF No. 22, will be deemed timely.  Defendant's motion to

22   dismiss and other pending motions will be addressed separately.

23          Accordingly, IT IS HEREBY ORDERED as follows:

24          1.      Plaintiff's motion for an extension of time, ECF No. 19, is granted.

25          2.      Plaintiff's opposition briefs, ECF Nos. 20 and 22, are deemed timely.

26   Dated:  August 8, 2025

27          _____

28                        DENNIS M. COTA
                          UNITED STATES MAGISTRATE JUDGE

                                            1