UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD EUGENE JAMES,

Plaintiff,

v.

MA,

Defendant.

No. 2:24-cv-02193-DAD-DMC P

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF

(Doc. Nos. 41, 42)

Plaintiff is a state prisoner proceeding *pro se* and *in forma pauperis* in this action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(17).

On April 16, 2026, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion for injunctive relief (Doc. No. 41) be denied. (Doc. No. 42.) Specifically, the magistrate judge concluded that in his pending motion plaintiff sought injunctive relief against unnamed prison officials at the California Substance Abuse Treatment Facility prohibiting them from interfering with plaintiff's mail, his access to the courts and from soliciting others to murder him, whereas his complaint in this action asserted an Eighth Amendment medical care claim only against named defendant Ma with respect to events allegedly taking place at the Sacramento County Jail in 2024. (*Id.* at 3.) Accordingly, the magistrate judge concluded that plaintiff had failed to establish the required nexus between the

injunctive relief he sought and the conduct he has complained of in his operative complaint and that his motion for injunctive relief should therefore be denied. (*Id.*)

The pending findings and recommendations were served on plaintiff at his address of record and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 3.) To date, no objections to the findings and recommendations have been filed and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on April 16, 2026 (Doc. No. 42) are adopted in full;
2. Plaintiff's motion for injunctive relief (Doc. No. 41) is denied; and
3. This action is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **September 3, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE