**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONALD EUGENE JAMES,<br>Plaintiff,<br>v.<br>MA,<br>Defendant. | No. 2:24-cv-2193-DAD-ICD-P<br><br><u>ORDER</u> |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court are: (1) Plaintiff's request for a "meet-and-confer" conference, ECF No. 44; and (2) Defendant's motion to modify the December 18, 2025, scheduling order, ECF No. 46.

In his request for a "meet-and-confer" conference, Plaintiff states that he received inadequate responses to his written discovery requests. ECF No. 44. He asks the Court to set a date for him to have a telephone conference with defense counsel. *Id.* This request is denied as unnecessary because leave or Court and Court involvement are not necessary for the parties to arrange a meet-and-confer conference.

In Defendant's motion to modify the scheduling order, Defendant states that modification is needed to allow for the taking of Plaintiff's deposition after Plaintiff objected to a previously noticed deposition date. This request, which is unopposed, is granted and the Court will extend the discovery cut-off and dispositive motion filing deadlines. This extension will afford Plaintiff an opportunity to file a motion to compel regarding Defendant's responses to his written discovery requests.

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for a "meet-and-confer" conference, ECF No. 44, is DENIED.

2. Defendant's motion to modify the scheduling order, ECF No. 46, is GRANTED.

3. Discovery, which closed on August 21, 2026, is re-opened for a limited purpose.

4. Consistent with the provisions of the December 18, 2025, scheduling order, the deadline for completion of discovery is extended to December 15, 2026, but only for purposes of taking Plaintiff's deposition and filing a motion to compel regarding Defendant's responses to Plaintiff's written discovery.

5. In all other respects, discovery remains closed.

6. Dispositive motions shall be filed on or before **February 15, 2027**.

Dated: October 29, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE